IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 25-CV-00424

| | |
|---|---|
| HANNAH M. BALICKI,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, UNIVERSITY OF NORTH CAROLINA SCHOOL OF MEDICINE, UNIVERSITY OF NORTH CAROLINA HOSPITALS AT CHAPEL HILL, UNIVERSITY OF NORTH CAROLINA HEALTH CARE SYSTEM, KATIE HANLON, HEIDI WESCHLER,<br><br>    Defendants | DEFENDANT<br>HEIDI WESCHLER'S<br>MOTION FOR JUDGMENT<br>ON THE PLEADINGS |

Defendant Heidi Weschler (Ms. Weschler), though her undersigned counsel and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, hereby moves the Court to enter judgment on the pleadings in her favor on all of Plaintiff's claims against her. Ms. Weschler files this motion on the grounds that Plaintiff fails as a matter of law to state claims for violation of section 1983, intentional infliction of emotional distress, negligent infliction of emotional distress, and civil conspiracy. In support of this Motion, Ms. Weschler directs the Court to the supporting brief being filed contemporaneously herewith.

WHEREFORE, Ms. Weschler respectfully requests that the Court enter judgment on the pleadings in her favor on each of Plaintiff's claims against her, and for such other and further relies as the Court deems just and proper.

This 14th day of August, 2025.

1

/s/ Jeffrey S. Warren
Alex J. Hagan
N.C. Bar No. 19037
Jeffrey Warren
N.C. Bar No. 53652
Ellis & Winters LLP
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
Alex.Hagan@elliswinters.com
Jeff.Warren@elliswinters.com

Counsel for Defendant Heidi Weschler

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 14, 2025 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and I hereby certify that I have served the foregoing by electronic mail on the below-listed counsel who have not yet entered an appearance in this Court:

    Matthew C. Suczynski
    Law Office of Matthew Charles Suczynski, PLLC
    208 North Columbia Street
    Chapel Hill, NC 27514
    matt@mattewcharleslaw.com

    This the 14th day of August, 2025.

                                               /s/ Jeffrey S. Warren
                                             Jeffrey S. Warren